UNITED PRODUCING COMPANY, Inc.,
a corporation, Appellant,

v.

PANHANDLE EASTERN PIPE LINE
COMPANY, a corporation,
Appellee.

No. 4703.

United States Court of Appeals
Tenth Circuit.

Sept. 8, 1954.

William J. Holloway, Jr., and V. P. Crowe, Oklahoma City, Okl. (Embry, Johnson, Crowe, Tolbert & Boxley, Oklahoma City, Okl., H. W. Stubbs, and Stubbs & Wesley, Ulysses, Kan., on the brief), for appellant.

Mark H. Adams, Wichita, Kan., and William I. Robinson, Tulsa, Okl. (Edward H. Lange, Kansas City, Mo., and Adams, Jones, Robinson & Manka, Wichita, Kan., on the brief), for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

The case of Columbian Fuel Corp. v. Panhandle Eastern Pipe Line Co., 176 Kan. 433, 271 P.2d 773, was decided after entry of the judgment herein. On the authority of that case, the judgment is vacated and the cause is remanded.

---

UNITED STATES of America

v.

Alex BOGISH, Appellant.

No. 11345.

United States Court of Appeals
Third Circuit.

Submitted Oct. 11, 1954.
Decided Oct. 22, 1954.

Alex Bogish, pro se.

W. Wilson White, U. S. Atty., Philadelphia, Pa., for appellee.

Before GOODRICH, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal from a denial of the appellant's petition in the nature of an application of writ of coram nobis made to the district court. The Government, in answer, makes two points. The first is that the district court had no jurisdiction to grant the writ since the appellant's conviction had been affirmed by this court, 204 F.2d 507. Without considering the question of jurisdiction of the district court we are clearly of the opinion that the appellant has presented no facts on which he is entitled to relief.

The decision of the district court will, therefore, be affirmed.